Case Name: MORGAN, ALAN F.
Case No:    08-71116

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 10/14/08                    WILLIAM T. NEARY
                                   United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                      CAROLE J. RYCZEK
                                      Attorney for the U.S. Trustee