IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
MORGAN, ALAN F

Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 08-71116 MB

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-7500

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: **NOVEMBER 12, 2008**
   at: **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 12.78 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,312.50 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,442.34 | |

4. The Trustee's Final Report shows total:

   a. Receipts  $ 6,923.43

   b. Disbursements  $ 0.00

   c. Net Cash Available for Distribution  $ 6,923.43

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $4,155.81, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $122,963.74, resulting in an approximate distribution of 3.38% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: October 8, 2008                    For the Court,

                                         By: /s/ BERNARD J NATALE

                                              Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman               Page 1 of 1       Date Rcvd: Oct 15, 2008
Case: 08-71116                Form ID: pdf002              Total Served: 21

The following entities were served by first class mail on Oct 17, 2008.
db           +Alan F Morgan,    2924 23rd St.,    Rockford, IL 61109-1464
aty          +David H Carter,    Rockford Bankruptcy Clinic,    One Court Place   Suite 401,
               Rockford, IL 61101-1042
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12137718     +American Express,    Box 0001,   Los Angeles, CA 90096-8000
12435612      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12137719     +Bank of America 1,    Box 15726,    Wilmington, DE 19886-5726
12369575     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12137721     +Capital One,    Box 60024,   City Of Industry, CA 91716-0024
12137722     +Card Member Services,    Box 21550,    Tulsa, OK 74121-1550
12137723     +Chase,   Box 15153,    Wilmington, DE 19886-5153
12137725     +Citi Card,    Box 6000,   The Lakes, NV 89163-0001
12137724     +Citi Card,    Box 688913,    Des Moines, IA 50368-8913
12137726     +First National Bank,    P.O. Box 2557,    Omaha, NE 68103-2557
12485291     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
12137727     +GC Services Limited Part. Coll.,    6330 Gulfton,    Houston, TX 77081-1108
12137729     +NCO Finacial,    Box 15773,   Wilmington, DE 19850-5773
12137728     +National City,    Box 856176,    Louisville, KY 40285-6176
12377742      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12547354      eCAST Settlement Corporation assignee of,     HSBC Bank NA Direct Merchants,    Credit Card Bank NA,
               POB 35480,    Newark NJ 07193-5480
12190137     +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Oct 16, 2008.
12586885     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2008 08:35:24      American InfoSource L.P.,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12137720*    +Bank of America 1,    Box 15726,    Wilmington, DE 19886-5726
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2008**              **Signature:** *Joseph Speetjens*