IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: | CHAPTER 7 CASE
MORGAN, ALAN F |
| CASE NO. 08-71116 MB
|
| JUDGE MANUEL BARBOSA
Debtor(s) xxx-xx-7500 |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN
FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: DECEMBER 16, 2008          /S/ BERNARD J NATALE
                                 BERNARD J. NATALE, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: December 18, 2008          WILLIAM T NEARY
                                 United States Trustee

                            By: Christine K. Miller
                                Christine K Miller, Paralegal Specialist for
                                the U S Trustee